IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

PAUL THOMAS BLANKENSHIP,           )
                                   )
       Plaintiff,                  )
                                   )
vs.                                )     Case No. 5:11-cv-03875-LSC-JHE
                                   )
Dr. JOHNNY E. BATES, *et al*.      )
                                   )
       Defendants.                 )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 7, 2013, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that the motion be granted and this action dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

Done this 1st day of July 2013.

                                          L. SCOTT COOGLER
                               UNITED STATES DISTRICT JUDGE
                                                                [160704]